# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DION JETTER,** | : | **CIVIL ACTION NO. 1:03-CV-1349** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY BEARD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of November, upon review of defendants' motion for summary judgment (Doc. 66), which is erroneously docketed as defendants' "brief in support of summary judgment," and it appearing that defendants have not filed a brief in support of the summary judgment motion, it is hereby ORDERED that defendants shall file a supporting brief on or before November 14, 2005. Failure to do so will result in the motion (Doc. 66) being deemed WITHDRAWN.  See L.R. 7.5.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge